

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-15-00688-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice [1]
Patricia O. Alvarez, Justice (not participating)
Luz Elena D. Chapa, Justice [1]
Irene Rios, Justice

The Panel has considered the Appellee's Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk

---

[1] Dissents to the denial of the motion for en banc reconsideration without requesting a response. *See* Tex. R. App. P. 49.2.